Lauren M. Rule (OSB #015174)
Elizabeth Zultoski (OSB #105482)
ADVOCATES FOR THE WEST
3115 NE Sandy Blvd., Ste. 223
Portland, OR 97232
(503) 914-6388
lrule@advocateswest.org
ezultoski@advocateswest.org

David H. Becker (OSB # 081507)
Law Office of David H. Becker, LLC
833 SE Main Street, #302
Portland, OR 97214
davebeckerlaw@gmail.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **OREGON WILD,** an Oregon non-profit corporation, **FRIENDS OF LIVING OREGON WATERS**, an Oregon non-profit corporation, and **WESTERN WATERSHEDS PROJECT**, an Idaho non-profit corporation,<br><br>        Plaintiffs,<br><br>    v.<br>**U.S. FOREST SERVICE**, a federal agency, and **U.S. FISH & WILDLIFE SERVICE**, a federal agency,<br><br>        Defendants. | Case No. 1:15-cv-00895-CL<br><br>**CORPORATE DISCLOSURE STATEMENT** |

CORPORATE DISCLOSURE STATEMENT

      Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Oregon Wild states that it is a non-profit organization that has no parent corporation and does not issue stock.

Dated: July 27, 2015                        Respectfully submitted,

                                                                                                                                              s/ Elizabeth H. Zultoski
Elizabeth H. Zultoski, OSB #105482
Lauren M. Rule OSB # 015174)
ADVOCATES FOR THE WEST
3115 NE Sandy Blvd., Suite 223
Portland, OR 97232
(503) 914-6388
ezultoski@advocateswest.org
lrule@advocateswest.org

Attorneys for Plaintiffs

CORPORATE DISCLOSURE STATEMENT - 1